

# NUMBER 13-18-00381-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE MARGARITO TRUJILLO

## On Petition for Writ of Mandamus.

## ORDER

### Before Chief Justice Valdez and Justices Rodriguez and Benavides
### Order Per Curiam

Relator Margarito Trujillo filed a petition for writ of mandamus in the above cause on July 13, 2018. Through this original proceeding, relator seeks to compel the trial court to withdraw its order of May 17, 2018 granting turnover relief and appointing receiver Ignacio Garza. The Court requests that the real parties in interest, Bobby Burrows, Ignacio Garza, CESMT, LLC, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
17th day of July, 2018.